1

2

3

4

5

6

7

8            UNITED STATES  DISTRICT COURT

9              Northern District of California

10                 Oakland Division

11  SERVICE EMPLOYEES INTERNATIONAL          No. C 11-00484 LB
    UNION NATIONAL INDUSTRY PENSION
12  FUND, *et al.*,                           **ORDER DIRECTING PARTIES TO**
                                              **FILE CONSENT/DECLINATION**
13              Plaintiffs,                    **FORM**
        v.
14
    LONE TREE CONVALESCENT HOSPITAL
15  INC,

16              Defendant.
    _____/
17

18      This civil case was randomly assigned to United States Magistrate Judge Laurel Beeler for all

19  purposes including trial.  In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to

20  conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the

21  consent of the parties.  An appeal from a judgment entered by Judge Beeler may be taken directly to

22  the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any

23  other judgment of a district court.

24      The parties have not filed written consents to Judge Beeler's jurisdiction.  The parties also have

25  the right to have their case assigned to a United States District Judge for trial and disposition.

26  Accordingly, the parties shall inform the court whether they consent to Judge Beeler's jurisdiction or

27  ///

28  ///

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1    request reassignment to a United States District Judge.  Each party shall file either a consent or

2    declination form attached to this Order by February 22, 2011.

3        **IT IS SO ORDERED.**

4    Dated: February 11, 2011                                    _____

5                                                                LAUREL BEELER
                                                                 United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
For the Northern District of California

ORDER (C 11-00484 LB)

1

2

3

4

5

6

7

8                          UNITED STATES  DISTRICT COURT

9                          Northern District of California

10                                Oakland Division

11  SERVICE EMPLOYEES INTERNATIONAL            No.  C 11-00484 LB
    UNION NATIONAL INDUSTRY PENSION
12  FUND, *et al.*,                            **CONSENT TO PROCEED BEFORE A**
                                               **UNITED STATES MAGISTRATE JUDGE**
13                  Plaintiffs,

14      v.

15  LONE TREE CONVALESCENT HOSPITAL
    INC,
16
                    Defendant.
17  _____/

18
            CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
19
        In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby
20
    consents to have a United States Magistrate Judge conduct any and all further proceedings in the
21
    case, including trial and the entry of a final judgment.  Appeal from the judgment shall be taken
22
    directly to the United States Court of Appeals for the Ninth Circuit.
23

24
    Dated: _____          _____
25                                            Signature

26                                            Counsel for _____
27                                            (Plaintiff, Defendant or indicate "pro se")

28

C 11-00484 LB

**UNITED STATES DISTRICT COURT**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

13  SERVICE EMPLOYEES INTERNATIONAL          No.  C 11-00484 LB
    UNION NATIONAL INDUSTRY PENSION
14  FUND, *et al.*,                                   **DECLINATION TO PROCEED BEFORE
                                                       A UNITED STATES MAGISTRATE
15            Plaintiffs,                              JUDGE AND REQUEST FOR
                                                       REASSIGNMENT TO A UNITED
16      v.                                             STATES DISTRICT JUDGE**
17  LONE TREE CONVALESCENT HOSPITAL
    INC,
18            Defendant.
19  _____/

20      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

21      The undersigned party declines to consent to the assignment of this case to a United States

22  Magistrate Judge and requests the reassignment of this case to a United States District Judge.

23

24  Dated: _____          Signature_____

25                                                 Counsel for _____
                                                   (Plaintiff, Defendant, or indicate "pro se")
26
27
28

C 11-00484 LB