PHILIP M. MILLER (SBN 87877)
KIMBERLY A. HANCOCK (SBN 205567)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
pmiller@sjlawcorp.com
khancock@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND; MIKE GARCIA, Trustee; ROD BASHIR, Trustee; CHARLES RIDGELL, Trustee; SHARLEEN STEWART, Trustee; STEVEN FORD, Trustee; EDWARD J. MANKO, Trustee; JOHN J. SHERIDAN, Trustee; LARRY T. SMITH, Trustee; FRANK A. MAXSON, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>LONE TREE CONVALESCENT HOSPITAL, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV 11-00484 LB<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date: Thursday, May 19, 2011<br>Time: 10:30 a.m.<br>Judge: Magistrate Judge Laurel Beeler<br>Courtroom 4 |

Plaintiffs hereby submit their Request for Continuance of Case Management Conference currently scheduled for Thursday, May 19, 2011 at 10:30 a.m.

1. The Complaint in this matter was filed on February 1, 2011 for Defendant's failure to pay employee pension contributions owing to Plaintiff Service Employee International Union National Industry Pension Fund for the period September 2005 through the present.

- 1 - REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CASE NO. CV 11-00484 LB

P:\CLIENTS\SEIUN\COLLECTIONS\CASES\LONE TREE\PLEADINGS\CMC\Request to Continue CMC 050611 DOC

2. The Summons and Complaint was served on Defendant Lone Tree Convalescent Hospital, Inc. on March 11, 2011.

3. The parties are currently in settlement discussions concerning Defendant's payment of the delinquent amounts due on a payment schedule.

4. The parties hope to resolve all of the above issues and reach settlement of this matter within the next sixty (60) days.

5. Therefore, there is nothing for the Court to consider at this time.

6. Plaintiffs therefore respectfully request that, in order to minimize costs and fees in this action and allow the parties to finalize settlement of this matter, the Case Management Conference be continued for a period of at least sixty (60) days.

Date: May 12, 2011                              SALTZMAN & JOHNSON LAW CORPORATION

                                                By: _____/S/_____
                                                    Kimberly A. Hancock
                                                    Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and for GOOD CAUSE appearing, the Case Management Conference currently set for Thursday, May 19, 2011 at 10:30 a.m. is hereby continued to August 11, 2011 at 10:30 a.m.

Date: May 17, 2011                              _____
                                                The Honorable Laurel Beeler
                                                Magistrate Judge, United States District Court

- 2 - REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CASE NO. CV 11-00484 LB

P:\CLIENTS\SEIUN\COLLECTIONS\CASES\LONE TREE\PLEADINGS\CMC\Request to Continue CMC 050611.DOC