1  PHILIP M. MILLER (SBN 87877)
   KIMBERLY A. HANCOCK (SBN 205567)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
   pmiller@sjlawcorp.com
5  khancock@sjlawcorp.com

6  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND; MIKE GARCIA, Trustee; ROD BASHIR, Trustee; CHARLES RIDGELL, Trustee; SHARLEEN STEWART, Trustee; STEVEN FORD, Trustee; EDWARD J. MANKO, Trustee; JOHN J. SHERIDAN, Trustee; LARRY T. SMITH, Trustee; FRANK A. MAXSON, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>LONE TREE CONVALESCENT HOSPITAL, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV 11-00484 LB<br><br>QTFGT'TG REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER<br><br>Date: Thursday, March 29, 2012<br>Time: 10:30 a.m.<br>Judge: Magistrate Judge Laurel Beeler<br>Courtroom C, 15th Floor<br>San Francisco |
|---|---|

Plaintiffs hereby advise the Court that the Parties have agreed to a Settlement and are in the process of drafting an Agreement. Pursuant to the terms of the settlement, when Defendant's settlement payment clears, Plaintiffs will dismiss this action. Plaintiffs expect to finalize the settlement agreement and file a dismissal with 30 days. **Plaintiffs hereby request that the Settlement Conference, scheduled for March 29, 2012 be vacated.**

Date: March 22, 2012                                  SALTZMAN & JOHNSON LAW CORPORATION

                                                      By: _____/S/_____
                                                              Kimberly A. Hancock
                                                              Attorneys for Plaintiffs

- 1 -
ORDER RE
REQUEST TO VACATE CASE MANAGEMENT
CONFERENCE; CASE NO. C 11-484 LB

P:\CLIENTS\SEIUN\COLLECTIONS\CASES\LONE TREE\PLEADINGS\032211 Notice of Settlement.DOC

1  IT IS ORDERED as follows:

2      Based on the foregoing, and for GOOD CAUSE appearing, the Case Management

3  Conference currently set for Thursday, March 29, 2012 at 10:30 a.m. is hereby vacated.

6  Date:   March 23, 2011



The Honorable Laurel Beeler
Magistrate Judge, United States District Court

- 2 -

ORDER RE
REQUEST TO VACATE CASE MANAGEMENT
CONFERENCE; CASE NO. C 11-484 LB

P:\CLIENTS\SEIUN\COLLECTIONS\CASES\LONE TREE\PLEADINGS\032211 Notice of Settlement.DOC