1  PHILIP M. MILLER (SBN 87877)
   KIMBERLY A. HANCOCK (SBN 205567)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Telephone:  (415) 882-7900
4  Facsimile:  (415) 882-9287
   pmiller@sjlawcorp.com
5  khancock@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | SERVICE EMPLOYEES INTERNATIONAL
   | UNION NATIONAL INDUSTRY PENSION          CASE NO.:  CV 11-00484 LB
11 | FUND; MIKE GARCIA, Trustee; ROD
   | BASHIR, Trustee; CHARLES RIDGELL,
12 | Trustee; SHARLEEN STEWART, Trustee;       QTFGT'TG REQUEST
   | STEVEN FORD, Trustee; EDWARD J.           TO VACATE CASE MANAGEMENT
13 | MANKO, Trustee; JOHN J. SHERIDAN,         CONFERENCE; AND [PROPOSED]
   | Trustee; LARRY T. SMITH, Trustee; FRANK   ORDER
14 | A. MAXSON, Trustee,

15 |         Plaintiffs,                       Date:     Thursday, March 29, 2012
                                              Time:     10:30 a.m.
16 | vs.                                       Judge:    Magistrate Judge Laurel Beeler
                                                        Courtroom C, 15th Floor
17 | LONE TREE CONVALESCENT HOSPITAL,                    San Francisco
   | INC., a California corporation,
18 |
   |         Defendant.
19

20        Plaintiffs hereby advise the Court that the Parties have agreed to a Settlement and are in the

21 process of drafting an Agreement.  Pursuant to the terms of the settlement, when Defendant's

22 settlement payment clears, Plaintiffs will dismiss this action.  Plaintiffs expect to finalize the

23 settlement agreement and file a dismissal with 30 days.  **Plaintiffs hereby request that the**

24 **Settlement Conference, scheduled for March 29, 2012 be vacated.**

25 Date:  March 22, 2012              SALTZMAN & JOHNSON LAW CORPORATION

26                                   By:  _____/S/_____

27                                        Kimberly A. Hancock
                                         Attorneys for Plaintiffs
28                                            - 1 -
                                                 ORDER RE
                              REQUEST TO VACATE CASE MANAGEMENT
                              CONFERENCE; CASE NO. C 11-484 LB

P:\CLIENTS\SEIUN\COLLECTIONS\CASES\LONE TREE\PLEADINGS\032211 Notice of Settlement.DOC

1    IT IS ORDERED as follows:

2          Based on the foregoing, and for GOOD CAUSE appearing, the Case Management

3    Conference currently set for Thursday, March 29, 2012 at 10:30 a.m. is hereby vacated.

4

5

6    Date:   March 23, 2011    _____

7                              The Honorable Laurel Beeler
                               Magistrate Judge, United States District Court
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

ORDER RE
REQUEST TO VACATE CASE MANAGEMENT
CONFERENCE; CASE NO. C 11-484 LB